UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | 2:20-cv-10534-MCS-E |
| Title | *Noel Erfan v. Merz North America, Inc. et al.* |
| Date | December 29, 2020 |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): None Present

Attorney(s) Present for Defendant(s): None Present

**Proceedings:** (IN CHAMBERS) ORDER RE: MOTION TO REMAND (ECF NO. 16)

Before the Court is a Motion to Remand ("Motion") filed by Plaintiff Noel Erfan. *See* Mot., ECF No. 16. The Motion demonstrates that the parties agree to Plaintiff filing a First Amended Complaint which is pertinent to the Motion and attached thereto as Exhibit 2. *Id.* Plaintiff shall therefore file the First Amended Complaint on or before December 30, 2020.

The Motion is **DENIED as moot**. Plaintiff may move to remand after filing the First Amended Complaint.

**IT IS SO ORDERED.**